IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES ALEXANDER LOGAN,
    Plaintiff,

vs.                                        Case No.: 3:19cv3793/LAC/EMT

J. SCHROCK, et al.,
    Defendants.
_____/

## **ORDER**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated October 28, 2019 (ECF No. 4). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2.    Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is **DENIED**;

3. This case is **DISMISSED**, pursuant to 28 U.S.C. § 1915(g), **without prejudice** to Plaintiff's initiating a new cause of action accompanied by payment of the $400.00 filing fee in its entirety; and

4. The clerk of court is directed to enter judgment accordingly and close the case

**DONE AND ORDERED** this 8th day of November, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**